STATE v. T. S. CORNETT AND TWAY CORNETT.

(Filed 30 October, 1929.)

**Criminal Law L e—Appeal in this case was not from final judgment and was dismissed in the Supreme Court.**

Where the judgment in a criminal action for a misdemeanor has been suspended until the trial of a civil action against the defendant, the cost is no part of the punishment, the effect of the imposition of cost being to vest the cost in those entitled thereto, and an appeal therefrom, not being from a final judgment or one which is final in its nature, will be dismissed.

MOSELEY *v.* R. R.

APPEAL by defendants from *Moore, J.,* at April Term, 1929, of ASHE. Appeal dismissed.

*Attorney-General Brummitt and Assistant Attorney-General Nash for the State.*
*W. R. Bauguess for defendants.*

ADAMS, J.   The defendants were indicted and convicted of wilfully injuring and removing a fence surrounding a cultivated field in breach of C. S., 4317. Judgment was suspended, upon payment of the cost, until the termination of a pending civil action. The order for the payment of the cost is not a part of the punishment which may be imposed for the commission of a misdemeanor, the legal effect of the order being only to vest the right to the cost in those entitled to it. *S. v. Crook,* 115 N. C., 760; *S. v. Smith,* 196 N. C., 438. As no final judgment has been pronounced, the appeal must be dismissed. In a criminal action an appeal may be taken only from a final judgment on conviction or from one which in its nature is final. *S. v. Bailey,* 65 N. C., 426; *S. v. Jefferson,* 66 N. C., 309; *S. v. Wiseman,* 68 N. C., 203; *S. v. Webb,* 155 N. C., 426; *S. v. Tripp,* 168 N. C., 150.

Appeal dismissed.